UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:22-CR-00011-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ANDREW SIMMONS III (01)** | **RETIRED MAG JDG JRS KAY** |

**MEMORANDUM ORDER**

Before the court is a Motion for Reduction of Sentence filed by defendant Andrew Simmons, pursuant to 18 U.S.C. § 3582(c)(2) and "U.S.S.G. 2D1.1(e)(2)(B)." Doc. 61. The applicable statute provides that the court may reduce a term of imprisonment, after consideration of the factors set forth in 18 U.S.C. § 3553(a), for a defendant "who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission . . . ." 18 U.S.C. § 3582(c)(2). After consultation with the supervisory United States Probation Officer for this division, the court finds that the defendant is not entitled to any relief. The amendment he cites was not made retroactive. Additionally, the amendment only allows for a mitigating role adjustment for low-level traffickers. At the time of his arrest defendant was driving a vehicle containing a large amount of methamphetamine (9.9 lbs, or 4,121 grams) divided into several clear bags, along with a firearm. Doc. 34, att. 2. There is no basis for concluding that the defendant would qualify as a low-level drug trafficker. Accordingly, **IT IS ORDERED** that the Motion [doc. 61] be **DENIED**.

**THUS DONE AND SIGNED** in Chambers on the 6th day of January, 2026.

JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**